US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
06/02/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF ARKANSAS
TEXARKANA DIVISION

SUSIE GRISSOM AND
LAKESHIA LOWE                                                                                    PLAINTIFFS

vs.                         Case No. 4:22-cv-04049

UNION PACIFIC RAILROAD COMPANY                                                        DEFENDANT

NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Union Pacific Railroad Company (Union Pacific), hereby removes the above-captioned case from the Circuit Court of Lafayette County, Arkansas to the United States District Court for the Western District of Arkansas, Texarkana Division, based on the following facts, which demonstrate the subject matter jurisdiction of this Court.

1. On April 19, 2022, Plaintiffs Susie Grissom and Lakeshia Lowe filed their Complaint in the Circuit Court of Lafayette County, Arkansas, Case No. 37CV-22-20-3, alleging various claims against Union Pacific arising out of an incident that occurred on April 20, 2019. Plaintiffs allege property damage in relation to a fire that occurred in Stamps, Arkansas. True and correct copies of all process and pleadings are attached hereto collectively as Exhibit 1.

2. Union Pacific was served with Plaintiffs' Summons and Complaint on May 16, 2022. *See* Ex. 1. As such, this Notice of Removal is filed within 30 days of receipt of the Complaint and is timely. *See* 28 U.S.C. § 1446(b).

3. Union Pacific removes this action to federal court pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000 and the action is between citizens of different states.

4.  The amount in controversy exceeds $75,000.00. In the Complaint, Plaintiffs expressly pray for "damages for loss of and damage to their home and personal property, including several vehicles and payment of deductibles, which exceeded the limits of insurance or was not otherwise covered by insurance, in the approximate amount of $200,000.00." Ex. 1, Compl. at pgs. 4-5. Plaintiffs are seeking "their actual damages in the sum of $225,000.00." Ex. 1, Compl. at pg. 5. Accordingly, the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

5.  There is complete diversity between Plaintiffs and Union Pacific. Union Pacific is a Delaware corporation with its principal place of business in Nebraska. Accordingly, Union Pacific is a citizen of Delaware and Nebraska for purposes of determining diversity. 28 U.S.C. § 1332(c)(1). Plaintiffs are citizens of Arkansas. Ex. 1, Compl. at pg. 1. Thus, at the time of the filing of the Complaint and at the present time, there is complete diversity.

6.  Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because it is the district and division embracing the place where the state court action is pending. 28 U.S.C. § 83(a)(3).

7.  No previous application has been made for the relief requested herein.

8.  This Notice of Removal has been served on all named parties to the removed case who have been properly served.

9.  A written Notice of Filing of Notice of Removal, together with a copy of this Notice, will be filed with the Clerk of the Court for the Circuit Court of Lafayette County, Arkansas, and will be served upon Plaintiffs, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, Union Pacific Railroad Company, asks this Court to assume jurisdiction over this matter and for all other proper relief to which it is entitled.

Respectfully submitted,

SCOTT H. TUCKER, #87176
KATHY MCCARROLL, #2014191
FRIDAY, ELDREDGE & CLARK
400 W. Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 376-2011
Fax: (501) 376-2147
tucker@fridayfirm.com
mmccarroll@fridayfirm.com

*Attorneys for Union Pacific Railroad Company*

/s/ Scott Tucker
SCOTT H. TUCKER

### CERTIFICATE OF SERVICE

I, Scott H. Tucker, hereby certify that on this 2nd day of June 2022, a true and correct copy of the foregoing pleading has been served on the following counsel of record via electronic mail and U.S. mail:

W. David Carter
Mercy Carter, LLP
1724 Galleria Oaks Drive
Texarkana, TX 75503
wdcarter@texarkanalawyers.com

/s/ Scott Tucker
SCOTT H. TUCKER

3