IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SUSIE GRISSOM and
LAKESHIA LOWE                                                                                    PLAINTIFFS

v.                                        Case No. 4:22-cv-04049

UNION PACIFIC RAILROAD
COMPANY                                                                                           DEFENDANT

## ORDER

Before the Court is Plaintiffs Susie Grissom and Lakeshia Lowe's Response to Order to Show Cause. ECF No. 14. No response is necessary, and the matter is ripe for consideration.

On January 20, 2023, Defendant Union Pacific Railroad Company filed a motion for summary judgment. ECF No. 10. Plaintiffs failed to timely respond to Defendant's motion. Thus, on February 8, 2023, the Court entered a show cause order, instructing Plaintiffs to show cause as to why they had not filed a response to Defendant's motion, or to file a response to Defendant's motion, within seven (7) days of the order. ECF No. 13. The Court warned Plaintiffs that failure to do so could result in the Court granting Defendant's motion and dismissing the case.

On February 10, 2023, Plaintiffs responded, explaining that they had not responded to Defendant's motion due to a transition of Plaintiffs' counsel's law practice. ECF No. 14. For example, Plaintiffs' counsel states that his office was transferred to a new location where problems with the internet service have persisted. Plaintiffs' counsel further states that he hoped to resolve the instant action through settlement prior to responding to Defendant's motion but has had communication issues with opposing counsel. Plaintiffs now request an extension of time to respond to Defendant's motion, stating that they will, subject to the Court's approval, respond to Defendant's motion on or before February 22, 2023.

Upon consideration, the Court finds that Plaintiffs have shown good cause for their failure to respond to Defendant's motion and for their request for an extension of time.  Thus, to the extent that the instant response (ECF No. 14) constitutes a motion, it is hereby **GRANTED**.  Plaintiffs shall file a response to Defendant's motion for summary judgment **on or before February 22, 2023.**  Further, as stated in the Court's show cause order, failure to file a response could result in the Court granting Defendant's motion and dismissing the case.

**IT IS SO ORDERED**, this 16th day of February, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge