IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SUSIE GRISSOM and
LAKEISHA LOWE                                                                          PLAINTIFFS

v.                                   Case No. 4:22-cv-04049

UNION PACIFIC RAILROAD
COMPANY                                                                                DEFENDANT

## ORDER

The parties filed a Joint Motion to Vacate Summary Judgment Order (ECF No. 28) in which they notified the Court that they reached a full settlement in this case and stated that the case should be dismissed with prejudice. Accordingly, the above styled cause is **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Judgment.

The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 13th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge